**FILED**

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

NOV 15 2005

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. **2:05CR266-A** |
| | ) | [18 USC 922(g)(3) |
| JONATHAN NATHANIEL GOLDEN | ) | 21 USC 844(a)] |
| | ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about April 27, 2004, in Elmore County, Alabama, in the Middle District of Alabama, the defendant,

JONATHAN NATHANIEL GOLDEN,

knowingly possessed firearms, that is a Lorcin, Model L380, .380 caliber pistol, serial number 165934 and a J.C. Higgins, Model 1011, 410 gauge shotgun, no serial number, while being an unlawful user of and addicted to a controlled substance, in violation of Title 18, United States Code, Section 922(g)(3).

## COUNT 2

On or about April 27, 2004, in Elmore County, Alabama, in the Middle District of Alabama, the defendant,

JONATHAN NATHANIEL GOLDEN,

did knowingly and intentionally possess a controlled substance, to-wit: methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 844(a).

A TRUE BILL:

_____
Foreperson

_____
LEURA GARRETT CANARY
UNITED STATES ATTORNEY

_____
Susan R. Redmond
Assistant United States Attorney