AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

UNITED STATES OF AMERICA

V.

JONATHAN NATHANIEL GOLDEN
295 GAS PLANT ROAD
ELMORE, AL 36025

**WARRANT FOR ARREST**

Case Number: 2:05CR266-A

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __JONATHAN NATHANIEL GOLDEN__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Probation Violation Petition  [ ] Supervised Release Violation Petition  [ ] Violation Notice

charging him or her with   (brief description of offense)

POSSESSION OF FIREARMS (1 Count)

POSSESSION OF METHAMPHETAMINE (1 Count)

in violation of Title __18 ; 21__ United States Code, Section(s) __922(g)(1) ; 844(a)__

DEBRA P. HACKETT
Name of Issuing Officer

CLERK OF COURT
Title of Issuing Officer

Signature of Issuing Officer - DEPUTY CLERK

11/16/05
DATE

MONTGOMERY, ALABAMA
Date and Location

Bail fixed at $ __to be set at initial appearance__          BY   U.S. MAGISTRATE JUDGE
                                                                 Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |