**COURTROOM DEPUTY MINUTES**
**MIDDLE DISTRICT OF ALABAMA**

**DATE:** __12/2/05__

**DIGITAL RECORDING:** __1:06 - 1:13__

√   **INITIAL APPEARANCE**
☐   **DETENTION HEARING**
☑   **REMOVAL HEARING (R.40)**
    **ARRAIGNMENT**
☐   **ARRAIGNMENT on SUPERSEDING INDICTMENT**
☐   **PRELIMINARY EXAMINATION**

PRESIDING MAG. JUDGE <u>CHARLES S. COODY</u>     DEPUTY CLERK: <u>WANDA STINSON</u>

CASE NO. <u>2:05CR266-A-CSC</u>     DEFT. NAME: <u>JONATHAN NATHANIEL GOLDEN</u>

USA: <u>SUSAN REDMOND</u>     ATTY: *Christine Freeman*

USPTSO/USPO: <u>Ron Thweatt</u>   Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (√) CDO;

Defendant _____ does √ does NOT need an interpreter;
Interpreter present _____ √ NO _____ YES _____ NAME _____

√ Kars.   Date of Arrest __12/2/05__   or   ☐ karsr40
√ kja.     Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator
☑ kcnsl.     Deft. First Appearance with Counsel
√
√ Finaff.   Requests appointed Counsel √ **ORAL MOTION for Appointment of Counsel**
√ koappted   Financial Affidavit executed ☐ to be obtained by PTSO
☐20appt.   **ORAL ORDER** appointing Community Defender Organization - **Notice to be filed.**
☐   Panel Attorney Appointed; ☐ to be appointed - prepare voucher
☐   Deft. Advises he will retain counsel. Has retained _____
☐   Government's **ORAL** (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;
☐     Government's **WRITTEN** Motion for Detention Hrg. filed.
  **DETENTION HRG** ☐ held; ☐ set for_____; ☐ **Prelim. Hrg** ☐ Set for_____
☐ kotempdtn.   **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
☐ kodtn.   **ORDER OF DETENTION PENDING TRIAL** entered
☐ kocondrls.   Release order entered. ☐ Deft. advised of conditions of release.
☐ kbnd.   ☐ **BOND EXECUTED** (M/D AL charges) $ _____ Deft released (kloc LR)
    ☐ **BOND EXECUTED** (R.40 charges) - deft to report to originating district as ordered
☐loc.(LC)   Bond **NOT** executed. Deft to remain in Marshal's custody
☐ ko.   Deft. **ORDERED REMOVED** to originating district
☐ kwvprl.   Waiver of ☐ Preliminary hearing; ☐ Kwvr40hrg. (Waiver of R.40 Hearing)
☐
☑ Karr.   Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury.
  **ARRAIGNMENT SET FOR:**_____ ☑ **HELD.** Plea of **NOT GUILTY** entered.
☑ Trial Term __3/20/06__; ☐ **PRETRIAL CONFERENCE DATE:** _____
☑   **DISCOVERY DISCLOSURES DATE:** __12/2/05__
☐ Krmknn.   **NOTICE** to retained Criminal Defense Attorney handed to Counsel
☐ krmvhrg.   Identity/Removal Hearing set for _____
☑ Kwvspt   **Waiver of Speedy Trial Act Rights Executed.**