**COURTROOM DEPUTY MINUTES**          **DATE :   JANUARY 20, 2006**

**MIDDLE DISTRICT OF ALABAMA**         **DIGITAL RECORDED: 1:17 - 1:17**

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE:** <u>CHARLES S. COODY</u>    **DEPUTY CLERK:** <u>WANDA STINSON</u>

**CASE NUMBER:** <u>2:05CR266-WHA-CSC</u>         **DEFENDANT NAME:** <u>JONATHAN GOLDEN</u>

### APPEARANCES

| GOVERNMENT | DEFENDANT |
|---|---|
| ATTY. SUSAN REDMOND | ATTY. CHRISTINE FREEMAN |

√    **DISCOVERY STATUS:** Completed.

√    **PENDING MOTION STATUS:** None.

√    **PLEA STATUS:**    Possible plea.

√    **TRIAL STATUS:**    Will take 1 day for trial.

❏    **REMARKS:**