IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHER DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CR. NO. 2:05CR266-WHA |
| ) | |
| JONATHAN NATHANIEL GOLDEN ) | |

## ORDER

Pursuant to the defendant's *Notice of Intent to Change Plea* (Doc. #15) filed on March 17, 2006, it is hereby

**ORDERED** that the defendant's change of plea hearing be and is hereby set for **March 20, 2006**, at **1:30 p.m.,** in courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

The Clerk is directed to provide a court reporter for this proceeding. If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for the proceeding.

Done this 20th day of March, 2006.

                /s/Charles S. Coody
                CHARLES S. COODY
                CHIEF UNITED STATES MAGISTRATE JUDGE