IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | 2:05-CR-266-WHA |
| | ) | |
| **JONATHAN NATHANIEL GOLDEN** | ) | |

## UNITED STATES' REQUESTED VOIR DIRE QUESTIONS

**COMES NOW** the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and requests this Court to propound the attached questions to the jury venire in this case.

Respectfully submitted this 20th day of March, 2006.

        LEURA GARRETT CANARY
        UNITED STATES ATTORNEY


        /s/ Susan R. Redmond
        SUSAN R. REDMOND
        Assistant United States Attorney
        One Court Square, Suite 201
        Montgomery, Alabama 36104
        Telephone: (334) 223-7280
        Fax: (334) 223-7135
        susan.redmond@usdoj.gov

1. Has any member of the panel ever had an unpleasant experience involving law enforcement?

If so, please explain.

2. Has any member of the panel, or a relative or close friend ever been employed by a law firm or other organization which participates in the defense of criminal cases?

If so, please state their names, the type of law they practice and the location of their practice.

If a relative was or is so employed, do you often discuss their jobs with them?

3. Does any member of the panel know Jonathan Golden, or any member of his family, or any friends of his, on either a personal, business, or professional basis?

If so, who, and in what capacity?

If so, are you able to put aside feelings resulting from such knowledge, regardless of whether they are favorable or unfavorable to Jonathan Golden, or to any member of his family or friend of his, and decide this case solely upon the evidence?

4. Do you or any or your friends or relatives know any of the attorneys in these cases? If so, who and how?

5. Do you or any of your friends or relatives know any of the witnesses in these cases (have attorneys read a list of their witnesses)?

6. Have you or any of your friends or relatives ever had any unfavorable association or dealings with the United States Government? If so, who or what?

7. Do any of you have any physical problems which will interfere with your service as a juror, or will prevent you from reading the documents that are introduced into evidence or from hearing the testimony that will come from the witness chair?

8. Do any of you have any convictions, whether they may be moral, religious, philosophical or otherwise that would prevent you from being a fair and impartial juror in this case or that would prevent you from sitting in judgment on your fellow man?

9. Has any member of the panel ever been a juror in a criminal case before? If so, what kind of criminal case? What was the result?

10. Has any member of the panel, or a relative or close friend, ever been the victim of a crime?

Is so, what type of crime and when did it occur? Was the case prosecuted?

Regarding the case, was there anything in your dealings with the police, the court, the prosecutor or the defense lawyer that left you unhappy or unsatisfied? Please elaborate?

Did you testify?

What was the result?

Were you satisfied with the result?

11. Do all of you realize that as a juror, in your deliberations as to guilt, you must not consider any possible punishment?

12. The defendant may introduce evidence concerning his good character. Do any of you believe that a person with a good reputation could not commit a crime?

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | 2:05-CR-266-WHA |
| | ) | |
| **JONATHAN NATHANIEL GOLDEN** | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Christine A. Freeman and Kevin L. Butler.

Respectfully submitted,

LEURA GARRETT CANARY
UNITED STATES ATTORNEY


/s/ Susan R. Redmond
SUSAN R. REDMOND
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135
susan.redmond@usdoj.gov