IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | CR. NO. 2:05cr266-WHA |
| JONATHAN NATHANIEL GOLDEN ) | |

**ORDER**

This case is before the court on the Unopposed Motion to Continue Trial Date (Doc. #18), filed by the Defendant on March 20, 2006. The United States has no objection, and the Defendant has filed a written Waiver of Speedy Trial (Doc. #21).

For the reason that additional is needed for the details of a proposed plea agreement to be worked out, the court finds that the ends of justice to be served by granting a continuance outweigh the rights of the Defendant and the public to a speedy trial. Therefore, the motion is GRANTED, and it is hereby

ORDERED that the trial of this case is CONTINUED from the term commencing March 27, 2006, to the term commencing June 26, 2006.

DONE this 21st day of March, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE