IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| V. | ) | CASE NO: 2:05-cr-266-WHA |
| | ) | |
| JONATHAN N. GOLDEN | ) | |

## WAIVER OF SPEEDY TRIAL

The undersigned Defendant, Jonathan N. Golden, after being first advised of his right to a speedy trial as guaranteed him by the Sixth Amendment of the United States Constitution and the implementation of said right in 18 U.S.C. § 3161, hereby waives his right to a speedy trial as to the June 26, 2006 trial term. through to the October 2006 trial term.

_____
JONATHAN N. GOLDEN