IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| vs. | ) | CR. NO. 2:05cr266-WHA |
| JONATHAN NATHANIEL GOLDEN | ) | |

### ORDER

This case is before the court on the Unopposed Motion to Continue Trial Date (Doc. #23), filed on June 13, 2006. The United States has no objection, and the Defendant has filed a written Waiver of Speedy Trial.

For the reason that additional time is needed for the details of the proposed plea agreement to be worked out, the court finds that the ends of justice to be served by granting a continuance outweigh the rights of the Defendant and the public to a speedy trial. Therefore, the motion is GRANTED, and it is hereby

ORDERED that the trial of this case is CONTINUED from the term commencing June 26, 2006, to the term commencing October 24, 2006.

DONE this 19th day of June, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE