COURTROOM DEPUTY MINUTES    DATE: October 16, 2006    FTR RECORDING: 10:03 - 10:15

MIDDLE DISTRICT OF ALABAMA          COURT REPORTER: Mitchell Risner

❑ **ARRAIGNMENT**      √ **CHANGE OF PLEA**      ❑ **CONSENT PLEA**

❑ **RULE 44(c) HEARING**      ❑ **SENTENCING**

| | |
|---|---|
| PRESIDING MAG. JUDGE: <u>CHARLES S. COODY</u> | DEPUTY CLERK: <u>WANDA STINSON</u> |
| CASE NUMBER: <u>2:05CR266-WHA-CSC</u> | DEFENDANT NAME: <u>JONATHAN N. GOLDEN</u> |
| AUSA: ~~SUSAN REDMOND~~ Verne Speirs | DEFENDANT ATTY: <u>CHRISTINE FREEMAN</u> |
| USPTS/USPO: Joan Sellers | Type Counsel: ( ) Waived; ( ) Retained; ( ) Panel CJA; √ CDO |
| Defendant __ does __√__ does NOT need and interpreter. Name: | |

❑    This is defendant's **FIRST APPEARANCE. (Docket kia.!!!)**

❑    Financial Affidavit executed. **ORAL MOTION** for Appointment of Counsel.

❑    **ORAL ORDER** Appointing ❑ FPD or ❑ CJA Panel. Notice of Appearance to be filed.

❑    **WAIVER OF INDICTMENT** executed and filed.

❑    **FELONY INFORMATION** filed.

❑    Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**    ❑ Not Guilty   ❑ Nol Contendere   ❑ Not Guilty by reason of insanity

√ Guilty as to:   √ Count(s) 1, 2   of the **Indictment**

❑ Count(s)_____   ❑ dismissed on oral motion of USA;

❑ To be dismissed at sentencing.

√    Consent to enter Guilty Plea before U.S. Magistrate Judge Executed.

√    No Plea Agreement entered   √ Written plea agreement filed.   ❑ **ORDERED SEALED.**

√    **ORAL ORDER** Adjudicating defendant guilty.

√    **ORDER:** Defendant Continued   √ Same Conditions/Bond  imposed ;

❑ Released on Bond & Conditions of Release for:   ❑ Trial on _____;

√ Sentencing on _____; √ to be set by Separate Order

❑    **ORDER:** Defendant remanded to custody of U.S. Marshal for:

❑ Trial on _____; or ❑ Sentencing on _____ ❑ Set by separate Order.