**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CASE NO: 2:05-cr-266-WHA** |
| | ) | |
| **JONATHAN N. GOLDEN** | ) | |

**NOTICE OF FILING OF EXHIBITS 1 - 7**

**COMES NOW** the Defendant, Jonathan N. Golden, by and through undersigned counsel, and respectfully notifies this Court of the filing of the following attached Affidavits:

  Exhibit 1. Tim Wilson
  Exhibit 2. Vera Golden
  Exhibit 3 Tim Golden
  Exhibit 4. Crystal Golden
  Exhibit 5. Sue Adams
  Exhibit 6. Linda Taffet
  Exhibit 7. Joel Barfoot

These Affidavits are submitted as Defendant's Exhibits, in support of Mr. Golden's sentencing position for the sentencing hearing currently scheduled for February 1, 2007.

        Respectfully submitted;

        **s/Christine A. Freeman**
        **CHRISTINE A. FREEMAN**
        **TN BAR NO.: 11892**
        Counsel for Jonathan Golden
        Federal Defenders
        Middle District of Alabama
        201 Monroe Street, Suite 407
        Montgomery, AL 36104
        TEL: (334) 834-2099
        FAX: (334) 834-0353
        E-Mail: Christine_Freeman@fd.org

**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CASE NO: 2:05-cr-266-WHA** |
| | ) | |
| **JONATHAN N. GOLDEN** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 17, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Susan Redmond, Esquire, Assistant United States Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

                                                                                  **s/Christine A. Freeman**
                                                                                  **CHRISTINE A. FREEMAN**
                                                                                  **TN BAR NO.: 11892**
                                                                                 Counsel for Jonathan Golden
                                                                                 Federal Defenders
                                                                                 Middle District of Alabama
                                                                                 201 Monroe Street, Suite 407
                                                                                 Montgomery, AL 36104
                                                                                 TEL: (334) 834-2099
                                                                                 FAX: (334) 834-0353
                                                                                 E-Mail: Christine_Freeman@fd.org