IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA     )
                                 )
     V.                          )     CASE NO:2:05-CR-266-A
                                 )
JONATHAN N. GOLDEN     )

**AFFIDAVIT**

STATE OF ALABAMA     )
                                 )
COUNTY OF MONTGOMERY     )

Tim Wilson, states as follows:

1.    I am Jonathan Golden's half brother.

2.    I own my own business building log homes. Jonathan works for me. He has been working for me for over a year now. I also employ 2 other men.

3.    Jonathan is a hard worker. He jumps on any task that I give him to do.

4.    Jonathan is also dependable. In the time that Jonathan has worked for me, he has only missed a few days of work and that was only for appointments with his probation officers or his attorney.

5.    I hired Jonathan because he is family and since he was trying to make changes in his life, I wanted to give him a chance. I knew that he was a hard worker because he worked for me on a few jobs in the past. I would not keep him on the job just because he is family though. I keep him on the job because he is

1

EXHIBIT

1

a hard worker, dependable and he gets the job done. I could not afford to keep someone who wasn't productive– family or not family. I am a business man that needs to have people working for me that ensure that the job gets done.

6.  I believe that Jonathan got involved in drugs because he is a follower and he went along with what the people he was hanging around with were doing. It surprised me when I found out about Jonathan's drug use.

7.  Jonathan had some learning problems and disabilities when he was in school. One of my sons has a learning disability and Attention Deficit Disorder. He has to take medication for it. Because Jonathan, like my son, has a learning disability and Attention Deficit Disorder, I talked with him about it so that I can try to understand more about my son's problems and be able help him better. Jonathan gets embarrassed talking about it because he doesn't want anybody to think that he is dumb.

8.  I have known Jonathan's wife Crystal for as long as they have been together. I believe that they have a good marriage and they get along well. They are doing fine. Jonathan is considerate of her. We work out of town and when we are gone, Jonathan calls her to check on how she is doing and how their daughter, Alicia is doing.

9.  Alicia is a well-adjusted young girl. Jonathan has always been a good father. He was young when they had her. He has been a part of her life from the

2

beginning and he still is. He is a committed, responsible, mature father. Jonathan is family oriented.

10.    To my knowledge, Jonathan has not had anything to drink or used any drugs since his arrest on this case. I have not noticed any behavior that would mean that Jonathan is using drugs. I know that Jonathan wants to stay clean. He has told me this. In addition, I have taken him to Alcoholics Anonymous (AA) and Narcotics Anonymous (NA) meetings myself. I have also noticed that Jonathan seems to be trying to think things through and do the right thing.

I hereby declare, pursuant to 28 U.S.C. 1746, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge and belief.

NAME

DATE   1-16-07

WITNESS

Sworn and subscribed before me this 16th day of January, 2007.

Notary Public:

County of:

My Commission Expires: 3 3-08

3