IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO:2:05-CR-266-A |
| | ) | |
| JONATHAN N. GOLDEN | ) | |

**AFFIDAVIT**

| | |
|---|---|
| STATE OF ALABAMA | ) |
| | ) |
| COUNTY OF MONTGOMERY | ) |

Vera Golden, states as follows:

1. I am Jonathan Golden's mother.

2. I have 4 children; Jonathan is my youngest child.

3. Jonathan was a very happy baby and child. He smiled all the time.

4. I started to notice that he had some problems when he was in the 1st grade. He had trouble in school– he could not pay attention or stay focused. I talked to his teachers about my concerns but they didn't find anything until he was in about the 4th grade. At that time, they realized that he had a learning disability and put him in special classes. He still struggled though. When he was in the 8th grade, he had a teacher that noticed that Jonathan's problem was more than just the learning disability. She suggested we take Jonathan to a doctor. We followed her suggestion and found out that Jonathan had Attention Deficit

1

EXHIBIT 2

Disorder (ADD). The doctor prescribed Ritalin, but we had to take him off of it. I know that Jonathan struggled a lot in school and he got frustrated and discouraged because of his learning disability. Jonathan was not a hyper child. He was restless. His attention span was very short.

5.  I first suspected that Jonathan was using drugs when he was about 16 or 17 years old. At that time, he was smoking pot. I believe that he got involved in drugs by hanging around with the wrong people. Jonathan was always a follower. I also believe that Jonathan had low self esteem which caused him to get started on drugs. None of my other children used drugs. No one else in the family has ever had a drinking or drug problem. We, his father and I, don't drink at all. Jonathan was raised in an environment that discouraged drinking and drug use.

7.  I did not realize how heavily Jonathan was in to drugs. At the time, both my husband and I had some health issues and we just did not notice what was happening. Jonathan, Crystal and Alicia were living with us. We all worked different shifts at Walmart so, even though we lived in the same house, we didn't see each other often. I knew that Jonathan was having some problems and he and Crystal were struggling, but I didn't know the extent of it.

8.  Jonathan and Crystal have lived with us off and on over the years that they have been married. They were teenage parents. They struggled financially. We

encouraged them to live with us to that they could get on their feet.

9. I know that they have had some problems in their marriage. I am aware that there was physical violence just prior to Jonathan's arrest on this case. I believe that the only reason that happened was because Jonathan was on drugs. He was never violent in the past and he has not been violent since. I know that he loves Crystal very much and would not have harmed her if he was in his right mind. He works every day at trying to make that up to her and he is being a good husband to her now.

10. Jonathan is also a good father. He loves Alicia very much. He has always wanted to provide for her and he has learned how to do that. They have a nice home now and don't have to count on others. They have Alicia involved in activities that they pay for and they are involved in those activities. Crystal and Jonathan work well together as parents. They are both a part of Alicia's education and her social events. Alicia is a cheerleader, she plays softball, she enters pageants and she does well in school. She was crowned as Harvest Queen in October. Crystal coaches Alicia's softball and cheerleading team. Crystal is at all of Alicia games and if Jonathan is not working, he is there too. Alicia had some problems early on in school, but Crystal and Jonathan got a tutor to help her and now she does well in school.

11. I believe that Jonathan is doing well now. He is learning more and more each

day about how to provide for a family. He has realized that if he puts his family first he can be happy and proud of himself. He is doing that.

12. Once I learned how bad Jonathan's drug problem was, I tried to watch him carefully. Since Jonathan has been out of jail, I have not seen any red flags that would cause me to have concern about him. Jonathan told me that if he had continued on the path that he was on, he would be dead now. He is glad to be off that path and I am glad that he is off it too. I hate that this has happened to him, but it saved his life. I will hate it if he has to go to prison, but I know that he will get through it. He is different now. If he goes to prison, it will be difficult for Jonathan, Crystal and Alicia, but they will manage. Crystal is a good mother and a good wife. She is committed to Jonathan and he is to her. They will make it.

13. Jonathan has made a lot of changes. He has a good paying job, he has stayed off of drugs, he has put his marriage and his family back together. In addition, he is working on obtaining his General Equivalency Diploma (GED). He tried to get his GED in the past, but he has not been able to pass it. I decided to help him with this and I found a GED test on line. He can work at his own pace which is helpful for him because of his ADD and because he works out of town. He started the test when he was home over the holidays. He has approximately 50 more questions. When he finishes the test, he sends in his

answers and they contact him to write an essay. We hope that he passes this time. But, I know that he will try again because he wants to accomplish that goal.

I hereby declare, pursuant to 28 U.S.C. 1746, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge and belief.

*Vera Golden*
NAME

1-15-07
DATE

*Sara E Roman*
WITNESS

Sworn and subscribed before me this 15TH day of January, 2007.

Notary Public: *Sara E Roman*

County of: Montgomery

My Commission Expires: 3-3-08