IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| V. | ) | CASE NO:2:05-CR-266-A |
| | ) | |
| JONATHAN N. GOLDEN | ) | |

**AFFIDAVIT**

| STATE OF ALABAMA | ) |
|---|---|
| | ) |
| COUNTY OF MONTGOMERY | ) |

Tim Golden, states as follows:

1. I am Jonathan Golden's father.

2. I am very proud of how Jonathan has been able to turn his life around during the past few years.

3. Jonathan has struggled with some problems since he was a teenager. I understand that many of his problems were consequences of his own behavior, but some of them were beyond his control. For quite some time, he didn't know how to handle them. Now he does.

4. Jonathan struggled in school and consequently became frustrated. He has a learning disability and Attention Deficit Disorder (ADD). I can relate to how difficult that was for Jonathan because I also believe that I had ADD and some form of a learning disability. I had trouble concentrating and I struggled in

1

EXHIBIT 3

   school. I only went to the 8th grade in school because they didn't have special classes back then.

5. When we, my wife and I, realized that something was wrong with Jonathan, we tried to help Jonathan by getting him to a doctor and getting him on medication. The doctor prescribed Ritalin, but after a short period of time, we couldn't afford to keep him on it. We applied for Social Security Insurance hoping to get him on that, but we were unable to get assistance with that program.

5. Jonathan and Crystal have been together for about 10 years. They had their daughter Alicia when they were teenagers. Jonathan is a good father and Crystal is a good mother. Jonathan and Crystal have a strong marriage because they have dealt with the issues that have come their way. They were teenage parents and married when they were young. They have impressed me with their ability to work through their problems. For example, at the time of Jonathan's arrest, their marriage was very rocky. There were issues with Jonathan's drug use, infidelity, abuse and his arrest. I have watched Jonathan face all of his problems head on like a man. Crystal and Jonathan have been able to bridge the gap that was in their marriage. They are tighter than they ever were. I am proud of him and proud of them. I am sure that they will continue to grow stronger through all of this.

6. When this happened with Jonathan it broke my heart. When I went to see him when he first got locked up, it was very sad to see him there. I saw pain in my son's eyes because he knew that he had hurt us, his wife and his child– his whole family for that matter. I know that he felt terrible about what he had done and I am so proud that he was able to learn his lesson and turn this around. His family is behind him and proud of how he has changed.

7. I believe that Jonathan figured out how to stay off drugs. He had treatment when he was in jail. He learned that he shouldn't hang around people who use drugs. He has made that change in his life. In addition, he learned that he could amount to something. He has a good job now and feels better about himself. Since he feels better about himself, he has become a better husband and parent. He finally got the boost that he needed to have confidence in himself and in his abilities to do well.

8. Jonathan works for his brother Tim. They build log homes. This is hard work, but Jonathan can handle it. At times, his ADD causes him some problems because it makes it hard for him to stay focused, but he has learned how to overcome it and stay committed to the job.

9. I was involved in a prison ministry through our family church, The New Life Church. Through that, I have learned a lot about drug use and addiction. I respect the law and I know that my son broke the law. I realize that he may

have to go to prison. This will make me very sad and I know that it will be hard on his family. Jonathan has worked very hard to make changes in himself. I feel confident that he will be able to keep his family intact regardless of what happens. Crystal and Jonathan are committed to each other and they are committed to their daughter. I can't tell you enough how proud I am of him and them now.

I hereby declare, pursuant to 28 U.S.C. 1746, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge and belief.

_Timothy Gulpher_
NAME

_01-15-07_
DATE

_Jan E. Rernau_
WITNESS

Sworn and subscribed before me this _15th_ day of _January_, 2007.

Notary Public: _Jan E. Rernau_

County of: _Montgomery_

My Commission Expires: _3-3-08_