IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO:2:05-CR-266-A |
| | ) | |
| JONATHAN N. GOLDEN | ) | |

**AFFIDAVIT**

| | |
|---|---|
| STATE OF ALABAMA | ) |
| | ) |
| COUNTY OF MONTGOMERY | ) |

Crystal Golden, states as follows:

1. I am Jonathan Golden's wife. Our relationship started when he was in the 10th grade and I was in 9th grade. We had our daughter Alicia when we were teenagers. Neither of us graduated from high school. We both tried to get our General Equivalency Diploma (GED), but neither of us passed. Jonathan is working on getting his GED now and I plan to work on mine soon. Jonathan and I have always had goals, but never really believed we could obtain them. We have both learned that we can. I have watched Jonathan make changes in himself over the last few years that have amazed me. He is not the same man that he was 2 or 3 years ago.

2. Jonathan got involved in drugs because of the people that he hung around with and because he believed that he wasn't any good. He had low self esteem– he

1



      felt like he couldn't get a good job, couldn't provide for us and couldn't have friends that were responsible. He put himself down a lot. Now, because of prison and because he had drug treatment, he is different. He has a good job, his family are his friends and he is responsible. He feels good about himself and believes in himself.

3. One example, of how he is different, is with parenting issues. Jonathan has always been a part of Alicia's life, but I would usually handle parenting issues. Usually, I was the one that had to take care of disciplining our daughter. Now, we are a team. We work together as parents.

4. Another example of how Jonathan has changed is that he has figured out how to provide for our family. We used to live with his parents and we had trouble financially making ends meet. Now that Jonathan has been working steady at a good job for over a year, we have a nice home. We pay our own bills. We pay for Alicia to be involved in sports and cheerleading. We also were able to take a vacation together for the 1st time in our lives. Jonathan, Alicia and I went to the beach together this past summer. In addition, we have been able to take Alicia sightseeing. We took her to the space museum in Huntsville and when Jonathan was working in Tennessee, we visited him and we went to Opryland. I believe that we have been able to have a new life because of the changes that Jonathan has made in himself.

5.  Our daughter Alicia is doing well. It will be hard on her if Jonathan goes to prison, but I am confident that she will be okay. She knows another way of life now and we don't want that disrupted, but if it is, we will handle it. She knows that her father loves her and he will be back with us.

6.  We are proud of our daughter. She is doing very well in school. She is in the 4th grade. She is a part of the Title 1 program which helps kids that have problems with comprehending. She gets 1 on 1 help for an hour a week. This has really helped her and she is on the A/B Honor Roll for the 1st time. She is proud of herself and we are proud of her too. Alicia is involved in the community. She plays softball in the Eclectic Youth League. She is a very good player– she even made the All Star Team. She is a cheerleader for the Eclectic Panthers. I help coach both her softball and cheerleading team. She was on the Panther's Homecoming Court and her father was there to escort her. Alicia was recently crowned Harvest Festival Queen of her 4th grade class. She won that title because she raised the most money in the fund-raiser for her class.

7.  Jonathan is now the man that he has always wanted to be. He just didn't know how to be that person. He learned how to make changes when he had drug treatment. He goes to Alcoholics Anonymous (AA) meetings. The AA program has shown him a new way to live life. Jonathan works out of town,

but every time that he is in town, he makes a point to go to AA meetings. I believe that Jonathan can stay clean and sober but more importantly I know that he wants to.

8. Jonathan and I have been together for over 10 years. Our marriage is better now than it ever was. We made a lot of mistakes as kids and we have faced a lot of problems, but we have learned from them and we have a stronger marriage because of it. We have separated a few times and at one point I even planned to divorce him. I am glad that I hung on and didn't give up. There was infidelity and physical abuse, which has been hard to get past, are past that now. Regarding the abuse, Jonathan never laid a hand on me until he got heavy into the drugs. I do not believe that he will hit me again. I have forgiven him and we have moved on.

9. I do not want Jonathan to go to prison. It will be difficult for me because of the financial strains. I count on Jonathan's income. I will have to move to a cheaper place and make some changes in our lifestyle, but I am ready to do whatever I need to do. I love my husband very much and I plan to stick with him. I won't give up on him now. We have gotten through everything so far and I know we will continue to fight to keep our marriage together.

I hereby declare, pursuant to 28 U.S.C. 1746, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge and belief.

_Crystal Golden_
NAME

_1/15/07_
DATE

_Sara E. Romano_
WITNESS

Sworn and subscribed before me this _15th_ day of _January_, 2007.

Notary Public: _Sara E. Romano_

County of: _Montgomery_

My Commission Expires: _3-3-08_