IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO:2:05-CR-266-A |
| | ) | |
| JONATHAN N. GOLDEN | ) | |

**AFFIDAVIT**

| | |
|---|---|
| STATE OF ALABAMA | ) |
| | ) |
| COUNTY OF MONTGOMERY | ) |

Sue Adams, states as follows:

1. I am Jonathan Golden's mother-in-law. I have known Jonathan since he started dating my daughter Crystal over 10 years ago. For many years I supported Jonathan and Crystal's relationship. Even when they became teenage parents. I was not happy about it, but they were committed to each other and to their baby. They lived with Jonathan's parents for at least 5 years. They have had problems during their marriage but things got really bad about 3 to 4 years ago.

2. I know that Jonathan got heavy in to drugs. I was concerned about my daughter and my grand-daughter, Alicia. Crystal was having trouble dealing with it. I decided that I had to intervene so I called a cousin of mine who is a police officer. I wanted Jonathan busted. I figured that he would go to jail and then

1

EXHIBIT
5

      Crystal and Alicia could leave him and move on.

3. Things did not work out that way. Jonathan did get arrested, but instead of moving on with out him, Crystal and Alicia have watched him change. Now the 3 of them are moving on together. I couldn't be happier about that.

4. Jonathan is a completely different person now. Two years ago, I would have told you to lock him up and throw away the key. I was not happy when he got released. But I am happy now. I have watched Jonathan change from a punk, thug to a very responsible father and husband. I didn't think it was possible for him to change. He was a sore spot in my life back then. Crystal planned to divorce him, but then she saw something in him that I didn't see. Now, I see it. I have watched him grow and I have watched them grow together.

5. What I see different in Jonathan as a husband is that he spends his free time with Crystal. They didn't do much as a family before but now they do. They took a vacation together and they go places together. When Jonathan is in town, they go to their daughter's activities together. Their life has changed dramatically. They worked through their problems and they are better for it. Jonathan works out of town. Sometimes that makes marriage difficult but they know how to manage it. Jonathan is considerate and calls her often. Both Crystal's father and step-father were in the military and their duties kept them away from the family at times. Crystal knows how to deal with Jonathan's

absences.

6. I also see Jonathan as a different kind of father now. He loved Alicia before but now he is more involved in the responsibilities that go along with fatherhood. Crystal and Jonathan share the parenting duties now. When Jonathan is in town, they go to her events together. They are a family that spends time together. They support Alicia in school and in the community.

7. Jonathan has a learning disability and Attention Deficit Disorder. He tried to get his General Equivalency Diploma (GED) in the past, but he wasn't able to pass any part of it. He told me that he really wants to get his GED and that his mother is helping him. I know that the test is difficult for him because when he helps Alicia with her homework, I can tell that he is learning right along with her. She is in the 4th grade.

8. I feel badly about the fact that Jonathan may have to go to prison. I know that he is responsible for his actions but a part of me struggles with the fact that I was the one that turned him in to the police. Jonathan told me that it is not my fault and that he would be dead now if he hadn't been stopped. He told me that he isn't going to say that he has forgiven me because I didn't do anything wrong. The Jonathan that I used to know would not have said that to me, so there is no doubt in my mind that he has changed. I do not believe that he will make the same mistakes again. He is off of drugs and he wants to stay off of

them. He has a good job and makes a good living. They have a nice home now and live a comfortable life.

9.  If he goes to prison, it will be tough on them. It will hurt Alicia the most but I know that she will get through it and so will they. I back Jonathan 100 % now. So does Crystal. They will make it and I will do what I can to help them.

I hereby declare, pursuant to 28 U.S.C. 1746, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge and belief.

*Susan M. Adams*
NAME

1-16-07
DATE

*Sara E. Roman*
WITNESS

Sworn and subscribed before me this 16TH day of January, 2007.

Notary Public: *Sara E. Roman*

County of: Montgomery

My Commission Expires: 3-3-08

4