IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA )
)
V. ) CASE NO:2:05-CR-266-A
)
JONATHAN N. GOLDEN )

### AFFIDAVIT

STATE OF ALABAMA )
)
COUNTY OF MONTGOMERY )

Lynn Taffet, states as follows:

1. I am currently employed at and co-owner of the Sylvan Learning Center.

2. I am a reading specialist with 30 years experience. I have two Masters Degrees, one in Education and one in Human Relations. I have worked with many individuals with Attention Deficit Disorder (ADD).

3. On February 1, 2006, Jonathan Golden had a diagnostic assessment at the Sylvan Learning Center.

4. The result of our diagnostic assessment shows that Jonathan can't hold concentration long enough to learn and retain academic information on his own.

5. I believe that Jonathan has ADD.

6. I can see why he dropped out of school. If he had been treated by someone

1



EXHIBIT
6

who understood medication for ADD, he may have been able to make it.

7.  The assessment part of our test showed that Jonathan's receptive vocabulary is in the 30th percentile. This means that 70% of all people his age have greater ability to understand vocabulary.

8.  Jonathan needs to see, hear and write new information to understand what he is doing. He is not able to retain information without assistance.

9.  The Gray Oral Reading Test showed that Jonathan's reading rate is slow and his reading skills are very low.

10. The California Achievement Test showed that Jonathan's vocabulary scores were below average and his comprehension scores were in the bottom of the percentile. His vocabulary is in the 20th percentile, his comprehension is in the 38th percentile and his total reading is in the 29th percentile.

I hereby declare, pursuant to 28 U.S.C. 1746, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge and belief.

_Linda Taffet_
NAME
_Jan. 11, 2007_
DATE

_Sara E Penam_
WITNESS

2

Sworn and subscribed before me this _11th_ day of _January_ , 2007.

Notary Public: _Sara E. Rowan_

County of: _Montgomery_

My Commission Expires: _3-3-08_

3