IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO:2:05-CR-266-A |
| | ) | |
| JONATHAN N. GOLDEN | ) | |

**AFFIDAVIT**

| | |
|---|---|
| STATE OF ALABAMA | ) |
| | ) |
| COUNTY OF MONTGOMERY | ) |

Joel Barfoot, states as follows:

1. I am a Probation and Parole Officer for the State of Alabama. I have served in this capacity for 11 years.

2. Prior to my employment as a Probation and Parole Officer, I served as Chairman of the Parole Board for 7 years. Before that, I was a Montgomery Police Officer.

3. I have been working with Jonathan Golden for 2 [jmb] years.

4. Jonathan has done extremely well.

5. I typically work with about 100 individuals at a time. I only know about ten percent of those individuals well— or by name. These ten percent are the ones that are either doing well or doing badly.

6. Jonathan ~~was~~ is [jmb] one of my ~~parolees~~ probationers [jmb] who ~~did~~ does [jmb] exceptionally well. He ~~was~~ is [jmb] a stand-

1


EXHIBIT 7

out.

7. Jonathan came to every appointment that he was scheduled for and did everything that was requested of him.

8. If I asked him to do something, he did it. When the Marshals told me that they had a warrant for Jonathan, I called Jonathan myself and informed him. He told me that he would turn himself in the next day. I was disappointed when I heard that they picked him up earlier because I believe that he would have turned himself in like he told me he would.

9. Jonathan tested negative on all of his drug tests.

10. I saw a big change in Jonathan during the time that I have been working with him. I do not believe that prison is necessary or beneficial in this case.

11. I do not have anything negative to say about Jonathan.

I hereby declare, pursuant to 28 U.S.C. 1746, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge and belief.

_____
NAME

1-11-07
_____
DATE

_____
WITNESS

2

Sworn and subscribed before me this __11th__ day of __January__, 2007.

Notary Public: __Sara E. Roman__

County of: __Montgomery__    My Commission Expires: __3-3-08__