IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO: 2:05-cr-266-WHA |
| | ) | |
| JONATHAN N. GOLDEN | ) | |

### NOTICE OF FILING OF AFFIDAVIT

**COMES NOW** the Defendant, Jonathan N. Golden, by and through undersigned counsel, and respectfully notifies this Court of the filing of the following attached Affidavit of Linda Rigsby.

This Affidavit is submitted in support of Mr. Golden's sentencing position for the sentencing hearing currently scheduled for February 1, 2007.

Respectfully submitted;

s/Christine A. Freeman
CHRISTINE A. FREEMAN
TN BAR NO.: 11892
Counsel for Jonathan Golden
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO: 2:05-cr-266-WHA |
| | ) | |
| JONATHAN N. GOLDEN | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Susan Redmond, Esquire, Assistant United States Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Counsel for Jonathan Golden
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO:2:05-CR-266-A |
| | ) | |
| JONATHAN N. GOLDEN | ) | |

**AFFIDAVIT**

| | |
|---|---|
| STATE OF ALABAMA | ) |
| | ) |
| COUNTY OF MONTGOMERY | ) |

Linda Rigsby, states as follows:

1. I was employed as a teacher in Elmore County. Jonathan Golden was one of my students.

2. He had a learning disability and was in special education classes. In addition, he was diagnosed with Attention Deficit Disorder (ADD). To my knowledge, he was never treated for it though.

3. It was evident to me that Jonathan had low self esteem. He struggled academically and made poor choices about the people that he hung around with.

4. His parents tried to help him, but they didn't know what to do. At times, they disagreed with how to handle Jonathan. That didn't help matters.

5. I knew that Jonathan got on drugs. My daughter Christie knew Jonathan from

1

school. She talked to me about his drug use.

6. I heard that Jonathan and Crystal's marriage suffered because of his drug use.

7. I was not surprised to hear that he had been arrested. Recently, my daughter told me that Jonathan has been doing well. That doesn't surprise me either because I always thought that he could be a responsible person if he could just get off the drugs. It is my understanding that he has gotten off the drugs.

8. I would not have agreed to sign this affidavit or agreed to testify if I didn't think that he could stay off drugs and continue to make a good life for his family. I want him to make it and I believe that he can.

I hereby declare, pursuant to 28 U.S.C. 1746, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge and belief.



_Linda Rigby_
NAME

_01/19/07_
DATE

_Sara E. Roman_
WITNESS

Sworn and subscribed before me this _19th_ day of _January_, 2007.

2

Notary Public: _Sara E. Rowan_

County of: _Montgomery_

My Commission Expires: _3-3-08_