# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CASE NO: 2:05-cr-266-WHA** |
| | ) | |
| **JONATHAN N. GOLDEN** | ) | |

### NOTICE OF FILING OF PHOTOGRAPHS

**COMES NOW** the Defendant, Jonathan N. Golden, by and through undersigned counsel, and respectfully notifies this Court of the filing of the following attached photographs:

> Jonathan and Crystal's home
> Bedroom of Jonathan & Crystal's Daughter, Alicia
> Jonathan with Alicia, in their kitchen
> Alicia, Cheerleading
> Jonathan & Alicia, Homecoming
> Alicia, Softball Team
> Jonathan as a child, with his parents and sister
> Jonathan as a child, with his mother
> Jonathan, 1st Grade
> Jonathan, 9 months old
> Jonathan, Crystal, & Alicia, approx. 18 mo. old
> Jonathan, Crystal, & Alicia, approx. 9 yr. old
> Log House built by Jonathan and his employer
> Jonathan, working on log house
> Jonathan, working on log house

These photographs are submitted in support of Mr. Golden's sentencing position for the sentencing hearing currently scheduled for February 1, 2007.

Respectfully submitted;

**s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**

                **TN BAR NO.: 11892**
                Counsel for Jonathan Golden
                Federal Defenders
                Middle District of Alabama
                201 Monroe Street, Suite 407
                Montgomery, AL 36104
                TEL: (334) 834-2099
                FAX: (334) 834-0353
                E-Mail: Christine_Freeman@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Susan Redmond, Esquire, Assistant United States Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

                **s/Christine A. Freeman**
                **CHRISTINE A. FREEMAN**
                **TN BAR NO.: 11892**
                Counsel for Jonathan Golden
                Federal Defenders
                Middle District of Alabama
                201 Monroe Street, Suite 407
                Montgomery, AL 36104
                TEL: (334) 834-2099
                FAX: (334) 834-0353
                E-Mail: Christine_Freeman@fd.org