

01/11/2007