

Document 36-10