IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO: 2:05-cr-266-WHA |
| | ) | |
| JONATHAN N. GOLDEN | ) | |

**MOTION TO CONTINUE SENTENCING**

COMES NOW the Defendant, Jonathan Golden, by and through undersigned counsel, Kevin L. Butler, and moves for good cause and pursuant to Fed. R. Crim. P. 32(a) for an order continuing sentencing and for an order sealing this Motion. In support of this motion, the Defendant would show the following:

1. Mr. Golden's sentencing hearing is scheduled for February 2, 2007. The Defendant anticipates presenting several issues for resolution by the court at this sentencing hearing. Additionally, the defense is calling multiple witnesses to provide relevant and material information for consideration by the Court.

2. Primary counsel in this case, Christine A. Freeman, will be out of the district the week of January 29 - February 2, 2007, addressing funeral arrangements for a family member who lives in Wisconsin.

3. For purposes of continuity, it is in the interest of justice to allow primary counsel, Ms. Freeman, to address these issues upon her return from Wisconsin.

THEREFORE, it is in the interest of justice to continue this matter until the week of February 5, 2007 or at a time deemed appropriate by this Court.

Dated this 30th day of January, 2007.

Respectfully submitted,


s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | **CASE NO: 2:05-cr-266-WHA** |
| ) | |
| **JONATHAN N. GOLDEN** ) | |

## CERTIFICATE OF SERVICE

    I hereby certify that on January 30, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Susan Redmond, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

                                                    Respectfully submitted,

                                                      s/ Kevin L. Butler
                                                      KEVIN L. BUTLER
                                                      First Assistant Federal Defender
                                                      201 Monroe Street, Suite 407
                                                      Montgomery, Alabama 36104
                                                      Phone: (334) 834-2099
                                                      Fax: (334) 834-0353
                                                      E-mail: kevin_butler@fd.org
                                                      AZ Bar Code: 014138