# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

W. HAROLD ALBRITTON, SENIOR U. S. DISTRICT JUDGE, PRESIDING, AT MONTGOMERY, AL

| | | | |
|---|---|---|---|
| DATE COMMENCED: | February 12, 2007 | AT: | 9:00 a.m. |
| DATE COMPLETED: | February 12, 2007 | AT: | 10:26 a.m. |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR. No. 2:05cr266-WHA |
| | ) | |
| JONATHAN NATHANIEL GOLDEN | ) | |

APPEARANCES:

| GOVERNMENT | DEFENDANT |
|---|---|
| Susan Redmond | Christine Freeman |

COURT OFFICIALS PRESENT

| | |
|---|---|
| Jimmy Dickens, Court Reporter | Kevin Poole, USPO |
| Elna Behrman, Courtroom Deputy | Scott Wright, USPO |
| Lisa Harden, Law Clerk | |

COURTROOM PROCEEDINGS

(X)  **SENTENCING HEARING**

Hearing commences.
Defendant's counsel informs court of family members present in court.
Parties have reviewed the presentence report and have no objections.
Court adopts the factual statements contained in the presentence report.
Defendant presents testimony in support of variance of sentence requested in the Sentencing Memorandum.

Court is in recess (10:05 - 10:12)

Hearing resumes.
Court explains reasons for sentence variation.
Sentence is stated.
No objections to statement of sentence.
At Government's request, court will recommend Defendant be placed in a facility close to his family.
Sentence is ORDERED imposed as stated.
Defendant is released under the same terms and conditions imposed by the magistrate judge on December 2, 2005.
Court is adjourned.