IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| vs. | ) | Case No. 2:05cr266-WHA |
| | ) | |
| JONATHAN NATHANIEL GOLDEN | ) | |

**WITNESS LIST**

| GOVERNMENT | DEFENDANT |
|---|---|
| | Joel Barfoot |
| | Susan Adams |
| | Crystal Golden |
| | Tim Golden |
| | Jonathan Golden |